IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO ALBERTO RIVERA-RODRIGUEZ, | : | Civil No. 1:25-CV-02245 |
| Petitioner, | : | |
| v. | : | |
| WARDEN FRITH, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania